# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| ZACHARY A. JOHNSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 4:13CV1512 CEJ |
| ) | |
| TOM VILLMER, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on petitioner's motion for leave to file additional attachments to his amended petition for writ of habeas corpus. Because petitioner is not yet in possession of the records which he seeks to file with this Court and has not identified them specifically, the Court will deny petitioner's request at this time.

When petitioner has the records in his possession, he may file a motion for leave to file the records, and at that time he should specifically identify the additional records he wishes to file. In accordance with this Court's CM/ECF Administrative Procedures Manual, petitioner is required to file, as an attachment to his motion for leave, copies of the records for the Court's review. In habeas cases, if the state court records required by Rule 5 of the Rules Governing 2254 Cases exceed 100 pages, the records may be filed in paper format instead of a digital interface. If the records

petitioner wishes to file total 100 pages or fewer, they may be electronically filed. See Admin. Procedures Manual for Case Management/Electronic Case Filing (CM/ECF), III(D).

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion for leave to file additional attachments to his petition for writ of habeas corpus [Doc. #11] is **denied without prejudice**.

Dated this 7th day of November, 2013.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE